UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TIEMENS, JR., | No. 2:14-cv-1461 CKD P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN DUFFY, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. 636(c).

On October 9, 2014, the court dismissed plaintiff's complaint with leave to amend. Plaintiff has not filed an amended complaint and the time granted to him to do so has expired.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated: January 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tiem1461.dis